358 U.S. 278
 79 S.Ct. 313
 3 L.Ed.2d 298
 SOMERVILLE MILLING COMPANY MacNeil Bros. Company, Angus M. MacNeil, et al., appellants,
v.
WORCESTER NORTH SAVINGS INSTITUTION.
 No. 495.
 Supreme Court of the United States
 January 12, 1959
 
 1
 Mr. Angus M. MacNeil, for appellants.
 
 
 2
 Mr. Stanley M. Burns, for appellee.
 
 
 3
 The motion to strike the motion to dismiss is denied. The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. Order per curiam.